
FILED
JAN 25 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America<br>vs.<br>Peo Xayphengsy | Case No. 12:cr0365 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, ___Peo Xayphengsy___, have discussed with ___Lydia J. Serrano___, Pretrial Services Officer, modifications of my release conditions as follows:

Adding the following condition:
You shall participate in a program of medical or psychiatric treatment including treatment for drug and/or alcohol dependency, and pay for costs as approved by the Pretrial Services Officer;

All other previously ordered conditions of release not in conflict to remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_Peo Xayph. w/s_ 11-28-12          _[signature]_ 12-14-12
Signature of Defendant   Date       Pretrial Services Officer   Date
Peo Xayphengsy                      Lydia J. Serrano

I have reviewed the conditions and concur that this modification is appropriate.

_Karen Escobar_                     12/17/12
Signature of Assistant United States Attorney   Date
Karen Escobar

I have reviewed the conditions with my client and concur that this modification is appropriate.

_[signature]_                       1/22/13
Signature of Defense Counsel        Date
E. Marshall Hodgkins

### ORDER OF THE COURT

☒ The above modification of conditions of release is ordered, to be effective on   1/25/13
☐ The above modification of conditions of release is *not* ordered.

_[signature]_                       1/25/13
Signature of Judicial Officer       Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services