1 | BENJAMIN B. WAGNER
United States Attorney
2 | KAREN A. ESCOBAR
Assistant United States Attorney
3 | 2500 Tulare St., Suite 4401
Fresno, CA 93721
4 | Telephone: (559) 497-4000
Facsimile: (559) 497-4575

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. Cr 1:12-cr-00365 AWI-BAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING SETTING FOR CHANGE OF PLEA; ORDER |
| v. | |
| PEO XAYPHENGSY, | |
| Defendant, | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through her counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status conference on July 22, 2013, at 1:00 p.m.

2. By this stipulation, the parties now move to set the matter for a change of plea on Monday, July 22, 2013, at 10 a.m. A memorandum of plea agreement will be signed by the parties on Monday. Defendant is traveling to court from out of state.

////

////

////

1

IT IS SO STIPULATED.

DATED: July 18, 2013.   Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

/s/ Karen A. Escobar
KAREN A. ESCOBAR
Assistant United States Attorney

DATED: July 18, 2013.

/s/ E. Marshall Hodgkins
E. MARSHALL HODGKINS
Counsel for Defendant Peo Xayphengsy

**O R D E R**

IT IS SO ORDERED.

Dated: July 18, 2013

SENIOR DISTRICT JUDGE